THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.*
BERNARD D. HIRSH, Appellant.

Argued April 26, 1940; decided May 21, 1940.

*Myron J. Greene, Walter K. Pick, Martin Greene* and
*James T. Neary* for appellant.

*Thomas E. Dewey,* District Attorney *(Stanley H. Fuld* and
*Richard G. Denzer* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY,
SEARS, LEWIS and CONWAY, JJ.